# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: FISCHMANN, BRYAN R. | § Case No. 08-20551 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 06, 2008. The undersigned trustee was appointed on August 07, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    28,472.45

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,580.62 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 6,284.03 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 14,607.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 12/12/2008 and the deadline for filing governmental claims was 12/12/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,197.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,197.25, for a total compensation of $3,197.25. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2011          By:/s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-20551
Case Name: FISCHMANN, BRYAN R.
Period Ending: 08/16/11

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 08/06/08 (f)
§341(a) Meeting Date: 09/09/08
Claims Bar Date: 12/12/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25% interest-406 Grande, Minooka, Illinois-sched<br>Also listed as inheritance in paragraph 20 for same amount | 31,750.00 | 28,450.00 | | 28,450.00 | FA |
| 2 | Checking-Financial Federal-scheduled | 18.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Return of holdback-closing-uncheduled | 0.00 | 250.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.45 | Unknown |
| 6 | Assets Totals (Excluding unknown values) | $33,168.00 | $28,700.00 | | $28,472.45 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee sold his one-quarter interest in real estate the debtor inherited. Tax returns were prepared.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** December 31, 2012

Printed: 08/16/2011 12:37 PM V.12.57

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-20551 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FISCHMANN, BRYAN R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****55-65 - Money Market Account |
| Taxpayer ID #: | **-***4250 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/08 | | Land America Lawyers Title | Net proceeds from sale of 25% interest 406 Grande Drive, Unit G | | 18,835.35 | | 18,835.35 |
| | (1) | | 28,450.00 | 1110-000 | | | 18,835.35 |
| | | | Trustee share of closing cost assistance program  -853.50 | 2500-000 | | | 18,835.35 |
| | | | Tax prorations for 2008  -722.93 | 2820-000 | | | 18,835.35 |
| | | | Trustee share of Ameridream processing fee  -93.75 | 2500-000 | | | 18,835.35 |
| | | | Trustee share of repair credit to buyer-garage door transmitter  -12.50 | 2500-000 | | | 18,835.35 |
| | | | Trustee share of cost reimburement to attorney  -1.25 | 3220-610 | | | 18,835.35 |
| | | | Trustee share of attorney fee for closing  -162.50 | 3210-600 | | | 18,835.35 |
| | | | Trustee share of realor's commissiion  -1,097.77 | 3510-000 | | | 18,835.35 |
| | | | Trustee share of debtor's father's funeral expenses per court order  -1,537.50 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of reimbursement to Joan Fischmann utilities, association fees, maintenance expenses etc  -2,087.44 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of reimbursement to Joan Fischmann , executor,for medical costs advanced and other funeral expenses  -491.69 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of reimbursement to Joan Fischmann for storage, realtor fees, estate's attorney's fee aadvanced  -533.09 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of title  -93.75 | 2500-000 | | | 18,835.35 |

Subtotals :   $18,835.35   $0.00

() Asset reference(s)

Printed: 08/16/2011 12:37 PM   V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-20551 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | FISCHMANN, BRYAN R. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***.*****55-65 - Money Market Account |
| Taxpayer ID #: | **.***4250 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/16/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | expenses | | | | |
| | | | Trustee share of state transfer tax -42.67 | 2820-000 | | | 18,835.35 |
| | | | Trustee share of payment to DCM Services -1,634.31 | 8500-000 | | | 18,835.35 |
| | {5} | | Return of holdback from closing -250.00 | 1129-000 | | | 18,835.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.15 | | 18,835.50 |
| 10/08/08 | {5} | Claire Wilson | Return of holdback from closing | 1129-000 | 250.00 | | 19,085.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.06 | | 19,087.56 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.50 | | 19,089.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 19,090.41 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 19,091.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 19,091.90 |
| 03/27/09 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 18,591.90 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 18,592.73 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,593.48 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,594.21 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,595.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,595.79 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,596.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,597.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,598.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,598.85 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,599.63 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,600.36 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,601.06 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 18,601.89 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 18,602.01 |
| 04/06/10 | | Wire out to BNYM account 000198815565 | Wire out to BNYM account 000198815565 | 9999-000 | | 18,602.01 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,102.01 | 19,102.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,602.01 | |
| | | | Subtotal | | 19,102.01 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,102.01 | $500.00 | |

{} Asset reference(s)

Printed: 08/16/2011 12:37 PM V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-20551 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | FISCHMANN, BRYAN R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****55-66 - Checking Account |
| Taxpayer ID #: | **-***4250 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 08/16/2011 12:37 PM   V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-20551 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FISCHMANN, BRYAN R. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-*******55-65 - Money Market Account |
| Taxpayer ID #: | **-***4250 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 18,602.01 | | 18,602.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 18,602.90 |
| 05/12/10 | 11002 | Bryan Fischmann | Payment of debtor's exemption per court order | 8100-002 | | 4,000.00 | 14,602.90 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 14,603.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,604.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,605.62 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,606.49 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.61 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.85 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.97 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,607.20 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.44 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.68 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.80 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 18,607.80 | 4,000.00 | $14,607.80 |
| Less: Bank Transfers | | 18,602.01 | 0.00 | |
| Subtotal | | 5.79 | 4,000.00 | |
| Less: Payments to Debtors | | | 4,000.00 | |
| NET Receipts / Disbursements | | $5.79 | $0.00 | |

{} Asset reference(s)

Printed: 08/16/2011 12:37 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| Case Number: | 08-20551 |
| Case Name: | FISCHMANN, BRYAN R. |
| Taxpayer ID #: | **-***4250 |
| Period Ending: | 08/16/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******55-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 19,107.80 |
| Plus Gross Adjustments : | 9,364.65 |
| Less Payments to Debtor : | 4,000.00 |
| Net Estate : | $24,472.45 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 19,102.01 | 500.00 | 0.00 |
| Checking # ***-*****55-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******55-65 | 5.79 | 0.00 | 14,607.80 |
| Checking # 9200-******55-66 | 0.00 | 0.00 | 0.00 |
| | $19,107.80 | $500.00 | $14,607.80 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-20551
Case Name: FISCHMANN, BRYAN R.
Trustee Name: MICHAEL G. BERLAND

**Balance on hand:**  $ 14,607.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,607.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 3,197.25 | 0.00 | 3,197.25 |

Total to be paid for chapter 7 administration expenses: $ 3,197.25
Remaining balance: $ 11,410.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,410.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,410.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 24,140.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom Fsb, Attention Bankruptcy Department | 4,837.60 | 0.00 | 2,286.61 |
| 2 | Creditors Discount and Audit Co. | 250.00 | 0.00 | 118.17 |
| 3 | Singing River Electric Power Assc. | 105.99 | 0.00 | 50.10 |
| 4 | Dell Financial Services, LLC,c/o Resurgent Capital Services | 1,855.73 | 0.00 | 877.15 |
| 5 | Acadian Ambulance | 3,108.72 | 0.00 | 1,469.41 |
| 6 | Aargon Collection Agency | 301.20 | 0.00 | 142.37 |
| 7 | Household Finance Corporation by e Cast Settlement, agent | 7,801.97 | 0.00 | 3,687.78 |
| 8 | CAPITAL ONE BANK (USA), N.A.c/oTSYS DEBT MANAGEMENT | 814.97 | 0.00 | 385.21 |
| 9 | Recovery Management Systems For GE Money Bankdba JC Penny | 611.02 | 0.00 | 288.81 |
| 10 | Applied Bank, Attention General Inquiries | 4,453.28 | 0.00 | 2,104.94 |

Total to be paid for timely general unsecured claims: $ 11,410.55
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)