# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FISCHMANN, BRYAN R. | § Case No. 08-20551 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND          , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/16/2011     By: /s/ Michael G. Berland
                                                  Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: FISCHMANN, BRYAN R. | § | Case No. 08-20551 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 28,472.45

*and approved disbursements of*      $ 13,864.65

*leaving a balance on hand of* [1]      $ 14,607.80

**Balance on hand:**      $ 14,607.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $ 0.00
Remaining balance:      $ 14,607.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 3,197.25 | 0.00 | 3,197.25 |

Total to be paid for chapter 7 administration expenses:      $ 3,197.25
Remaining balance:      $ 11,410.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:      $ 0.00
Remaining balance:      $ 11,410.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,410.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,140.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom Fsb, Attention Bankruptcy Department | 4,837.60 | 0.00 | 2,286.61 |
| 2 | Creditors Discount and Audit Co. | 250.00 | 0.00 | 118.17 |
| 3 | Singing River Electric Power Assc. | 105.99 | 0.00 | 50.10 |
| 4 | Dell Financial Services, LLC,c/o Resurgent Capital Services | 1,855.73 | 0.00 | 877.15 |
| 5 | Acadian Ambulance | 3,108.72 | 0.00 | 1,469.41 |
| 6 | Aargon Collection Agency | 301.20 | 0.00 | 142.37 |
| 7 | Household Finance Corporation by e Cast Settlement, agent | 7,801.97 | 0.00 | 3,687.78 |
| 8 | CAPITAL ONE BANK (USA), N.A.c/oTSYS DEBT MANAGEMENT | 814.97 | 0.00 | 385.21 |
| 9 | Recovery Management Systems For GE Money Bankdba JC Penny | 611.02 | 0.00 | 288.81 |
| 10 | Applied Bank, Attention General Inquiries | 4,453.28 | 0.00 | 2,104.94 |

Total to be paid for timely general unsecured claims: $ 11,410.55
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                         Case No. 08-20551-BWB
Bryan R. Fischmann                                             Chapter 7
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                Page 1 of 2              Date Rcvd: Aug 17, 2011
                              Form ID: pdf006             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
db           +Bryan R. Fischmann,    406 G Grande Drive,    Minooka, IL 60447-9009
aty          +Molly C Stojanov,   M.C. Law Group, P.C.,    1256 W. Jefferson,   Suite 201,
               Joliet, IL 60435-6889
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
12491157     +Aargon Collection Agency,    3025 West Sahara Ave,    Las Vegas, NV 89102-6094
12491158      Acadian Ambulance,   PO Box 92970,    130 E Kaliste Saloom Rd.,    Lafayette, LA 70508-8308
12491160     +Applied Bank,   Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
12491161     +Associate Pathologists of Joliet,    330 Madison, Suite 200A,    Joliet, IL 60435-6575
12491162     +Beneficial/hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
12832160    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,   NORCROSS, GA 30091)
12491163    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
12491164     +City of Chicago EMS,    City of Chicago Dept of Revenue,    EMS 33589, Treasury Center,
               Chicago, IL 60694-3500
13456999     +City of Pascagoula,   Municipal Court,    POB 1385,   Pascagoula, MS 39568-1385
12491165     +Coast Collection Agency,    1807 Ingalls Falls,    PO Box 2262,   Pascagoula, MS 39569-2262
12491167     +Compass Point Apartments,    4100 Chicot Street,    Pascagoula, MS 39581-4306
12491168     +Creditors Discount and Audit Co.,    415 E. Main St,   PO Box 213,   Streator, IL 61364-0213
12491169    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    12234 North Ih 35,    Austin, TX 78753)
12650559    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    c/o Resurgent Capital Services,
               PO Box 10390,   Greenville SC 29603-0390)
12491170      Desert Springs Hospital,    Las Vegas, Nevada
12491171     +GE Money Bank,   PO Box 61247 Dept 64,    Virginia Beach, VA 23466-1247
12491174      Healthcare Revenue Recovery,    PO Box 189053,    Fort Lauderdale, FL 33318-9053
12831459      Household Finance Corporation Beneficial,    by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
12491175     +I.C. Systems Inc.,    444 Highway 96 East,   PO Box 64487,   Saint Paul, MN 55164-0487
12491176     +Inova Health System,    Patient Accounting Dept,   PO Box 1110,   Alexandria, VA 22313
12491177     +Internal Medicine & Family,    1719 Glenwood Ave.,   Joliet, IL 60435-5835
12491179     +Joliet Radiological Service,    36910 Treasury Ctr.,   Chicago, IL 60694-6900
12491180     +Kalijarvi, Chuzi & Newman, PC,    1901 L St. NW Suite 610,   Washington, DC 20036-3542
12491181     +MedCore, Inc.,   PO Box 1203,    Oaks, PA 19456-1203
12491182     +Mountain Manor Treatment,    PO Box 136,   Emmitsburg, MD 21727-0136
12491183     +NCO Financial Systems,    PO Box 15630 Dept 12,   Wilmington, DE 19850-5630
12491185      Northern Virginia Electric Coop.,    Northern Virginia Electric,   Cooperative, Dep#795,
               Alexandria, VA 22334-0795
12491186     +Northwestern Hospital,    PO Box 73690,   Chicago, IL 60673-7690
12491187     +Pascagoula Municipal Court,    Po Box 1385,   Pascagoula, MS 39568-1385
12491188     +Pellettieri and Associates,    PO Box 536 Linden,   Linden, MI 48451-0536
12491189     +Physicians of Singing River,    PO Box 934756,   Atlanta, GA 31193-4756
12491190     +Prince William Hospital,    Accounting Dept,   8700 Sudley Rd,   Manassas, VA 20110-4418
12491191     +Progressive Mgmt Syste,    Po Box 49990,   Riverside, CA 92514-1990
12491192     +Provena St. Joe Hospital System,    333 N. Madison St.,   Joliet, IL 60435-8200
12491193      Quest Diagnostics,   PO Box 64804,    Baltimore, MD 21264-4804
12491194     +Singing River Electric Power Assc.,    PO Box 767 Lucedale,    Lucedale, MS 39452-0767
12491195      Singing River Hospital - ER,    PO Box 48305,   Jacksonville, FL 32247-8305
12491196     +Singing River Hospital Inpatient,    Dr. Bradley,   PO Box 789,   Ocean Springs, MS 39566-0789
12491197      Singing River Hospital System,    2809 Denny Ave.,   Pascagoula, MS 39581-5300
12491198     +Singing River Radiology Group,    1365 Market St.,   Pascagoula, MS 39567-6698
12491199      State of Mississippi,    Dept. of Public Safety,   1900 E. Woodrow,   Jackson, MS 39216
12491200     +Suresh Bhalla, MD,    210 N. Hammes Ave,   Suite 112,   Joliet, IL 60435-6688
12491202     +United Consumers, Inc.,    PO Box 4466,   Woodbridge, VA 22194-4466
12491166    ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,   RICHMOND VA 23218-2156
             (address filed with court: Commonwealth of Virginia,    Department of Taxation,   PO Box 1880,
               Richmond, VA 23218)
13000102      Virginia Dept Of Taxation,    PO Box 2156,   Richmond, VA 23218-2156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12491172     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03     Gemb/care Credit,   Po Box 981439,
               El Paso, TX 79998-1439
12491178     +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03     JC Penney,
               Attention: Bankruptcy Department,    Po Box 103106,   Roswell, GA 30076-9106
12491184     +E-mail/Text: bnc@nordstrom.com Aug 18 2011 00:41:40      Nordstrom Fsb,
               Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
12922873     +E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2011 02:54:04
               Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4
```

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Aug 17, 2011
                              Form ID: pdf006          Total Noticed: 52

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12491159*    +Acadian Ambulance,   PO Box 92970,   130 E Kaliste Saloom Rd.,   Lafayette, LA 70508-8308
12491173    ##+Harris & Harris,   600 W Jackson,   Suite 400,   Chicago, IL 60661-5675
12491201    ##+United Collection Serv,   106 Commerce St Ste 104,   Lake Mary, FL 32746-6217
                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**               **Signature:**   _Joseph Speetjens_