**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FISCHMANN, BRYAN R.     § Case No. 08-20551
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,418.00<br>*(without deducting any secured claims)* | Assets Exempt: $1,418.00 |
| Total Distribution to Claimants: $11,410.77 | Claims Discharged<br>Without Payment: $52,710.06 |
| Total Expenses of Administration: $6,777.87 | |

    3) Total gross receipts of $ 28,472.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,284.03 (see **Exhibit 2**), yielded net receipts of $18,188.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,777.87 | 6,777.87 | 6,777.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 725.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,039.06 | 24,140.48 | 24,140.48 | 11,410.77 |
| **TOTAL DISBURSEMENTS** | $56,039.06 | $31,643.35 | $30,918.35 | $18,188.64 |

4) This case was originally filed under Chapter 7 on August 06, 2008. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2011       By: /s/MICHAEL G. BERLAND
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% interest-406 Grande, Minooka, Illinois-sched | 1110-000 | 28,450.00 |
| Interest Income | 1270-000 | 22.67 |
| **TOTAL GROSS RECEIPTS** | | **$28,472.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Land America Lawyers Title | Trustee share of debtor's father's funeral expenses per court order | 8500-000 | 1,537.50 |
| Land America Lawyers Title | Trustee share of reimbursement to Joan Fischmann utilities, association fees, maintenance expenses etc | 8500-000 | 2,087.44 |
| Land America Lawyers Title | Trustee share of rejmbursement to Joan Fischmann , executor,for medical costs advanced and other funeral expenses | 8500-000 | 491.69 |
| Land America Lawyers Title | Trustee share of reimbursement to Joan Fischmann for storage, realtor fees, estate's attorney's fee aadvanced | 8500-000 | 533.09 |
| Land America Lawyers Title | Trustee share of payment to DCM Services | 8500-000 | 1,634.31 |
| Bryan Fischmann | Payment of debtor's exemption per court order | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,284.03** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 3,197.25 | 3,197.25 | 3,197.25 |
| Land America Lawyers Title | 2500-000 | N/A | 853.50 | 853.50 | 853.50 |
| Land America Lawyers Title | 2820-000 | N/A | 722.93 | 722.93 | 722.93 |
| Land America Lawyers Title | 2500-000 | N/A | 93.75 | 93.75 | 93.75 |
| Land America Lawyers Title | 2500-000 | N/A | 12.50 | 12.50 | 12.50 |
| Land America Lawyers Title | 3220-610 | N/A | 1.25 | 1.25 | 1.25 |
| Land America Lawyers Title | 3210-600 | N/A | 162.50 | 162.50 | 162.50 |
| Land America Lawyers Title | 3510-000 | N/A | 1,097.77 | 1,097.77 | 1,097.77 |
| Land America Lawyers Title | 2500-000 | N/A | 93.75 | 93.75 | 93.75 |
| Land America Lawyers Title | 2820-000 | N/A | 42.67 | 42.67 | 42.67 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,777.87 | 6,777.87 | 6,777.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | City of Pascagoula | 5800-000 | N/A | 725.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 725.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom Fsb, Attention Bankruptcy Department | 7100-000 | N/A | 4,837.60 | 4,837.60 | 2,286.65 |
| 2 | Creditors Discount and Audit Co. | 7100-000 | N/A | 250.00 | 250.00 | 118.18 |
| 3 | Singing River Electric Power Assc. | 7100-000 | 105.99 | 105.99 | 105.99 | 50.10 |
| 4 | Dell Financial Services, LLC,c/o Resurgent Capital | 7100-000 | N/A | 1,855.73 | 1,855.73 | 877.17 |
| 5 | Acadian Ambulance | 7100-000 | 1,585.72 | 3,108.72 | 3,108.72 | 1,469.43 |
| 6 | Aargon Collection Agency | 7100-000 | 304.00 | 301.20 | 301.20 | 142.37 |
| 7 | Household Finance Corporation by e Cast | 7100-000 | 12,638.00 | 7,801.97 | 7,801.97 | 3,687.85 |
| 8 | CAPITAL ONE BANK (USA), N.A.c/oTSYS DEBT MANAGEMENT | 7100-000 | 814.00 | 814.97 | 814.97 | 385.22 |
| 9 | Recovery Management Systems For GE Money Bankdba JC | 7100-000 | 611.00 | 611.02 | 611.02 | 288.82 |
| 10 | Applied Bank, Attention General Inquiries | 7100-000 | N/A | 4,453.28 | 4,453.28 | 2,104.98 |
| 11 | Virginia Dept Of Taxation | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 11 -2 | Virginia Dept Of Taxation | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Pascagoula Municipal Court | 7100-000 | 1,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri and Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Virginia Electric Coop. Northern Virginia | 7100-000 | 127.92 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Hospital | 7100-000 | 427.50 | N/A | N/A | 0.00 |
| NOTFILED | Joliet Radiological Service | 7100-000 | 88.31 | N/A | N/A | 0.00 |
| NOTFILED | Mountain Manor Treatment | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Kalijarvi, Chuzi & Newman, PC | 7100-000 | 90.96 | N/A | N/A | 0.00 |
| NOTFILED | Physicians of Singing River | 7100-000 | 1,161.00 | N/A | N/A | 0.00 |
| NOTFILED | Prince William Hospital Accounting Dept | 7100-000 | 781.80 | N/A | N/A | 0.00 |
| NOTFILED | Suresh Bhalla, MD | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | United Consumers, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | United Collection Serv | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Mississippi Dept. of Public Safety | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Singing River Hospital System | 7100-000 | 23,878.93 | N/A | N/A | 0.00 |
| NOTFILED | Singing River Radiology Group | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Mgmt Syste | 7100-000 | 201.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 82.70 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joe Hospital System | 7100-000 | 1,444.83 | N/A | N/A | 0.00 |
| NOTFILED | Internal Medicine & Family | 7100-000 | 490.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Revenue Recovery | 7100-000 | 456.90 | N/A | N/A | 0.00 |
| NOTFILED | Inova Health System Patient Accounting Dept | 7100-000 | 730.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/care Credit | 7100-000 | 1,944.00 | N/A | N/A | 0.00 |
| NOTFILED | Desert Springs Hospital Las Vegas, Nevada | 7100-000 | 317.81 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago EMS City of Chicago Dept of Revenue | 7100-000 | 102.30 | N/A | N/A | 0.00 |
| NOTFILED | Compass Point Apartments | 7100-000 | 764.50 | N/A | N/A | 0.00 |
| NOTFILED | Applied Bank | 7100-000 | 4,366.00 | N/A | N/A | 0.00 |
| NOTFILED | Associate Pathologists of Joliet | 7100-000 | 75.89 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 56,039.06 | 24,140.48 | 24,140.48 | 11,410.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-20551  
**Case Name:** FISCHMANN, BRYAN R.  
**Period Ending:** 12/29/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 08/06/08 (f)  
**§341(a) Meeting Date:** 09/09/08  
**Claims Bar Date:** 12/12/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 25% interest-406 Grande, Minooka, Illinois-sched  Also listed as inheritance in paragraph 20 for same amount | 31,750.00 | 28,450.00 | | 28,450.00 | FA |
| 2 | Checking-Financial Federal-scheduled | 18.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Return of holdback-closing-uncheduled | 0.00 | 250.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.67 | Unknown |
| 6 | Assets   Totals (Excluding unknown values) | **$33,168.00** | **$28,700.00** | | **$28,472.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold his one-quarter interest in real estate the debtor inherited. Tax returns were prepared. The Trustee filed his final report and made the distribution to creditors.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012     **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Printed: 12/29/2011 09:23 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-20551 | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| **Case Name:** | FISCHMANN, BRYAN R. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****55-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4250 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/29/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/25/08 | | Land America Lawyers Title | Net proceeds from sale of 25% interest 406 Grande Drive, Unit G | | | 18,835.35 | | 18,835.35 |
| | {1} | | | 28,450.00 | 1110-000 | | | 18,835.35 |
| | | | Trustee share of closing cost assistance program | -853.50 | 2500-000 | | | 18,835.35 |
| | | | Tax prorations for 2008 | -722.93 | 2820-000 | | | 18,835.35 |
| | | | Trustee share of Ameridream processing fee | -93.75 | 2500-000 | | | 18,835.35 |
| | | | Trustee share of repair cedit to buyer-garage door transmitter | -12.50 | 2500-000 | | | 18,835.35 |
| | | | Trustee share of cost reimburement to attorney | -1.25 | 3220-610 | | | 18,835.35 |
| | | | Trustee share of attorney fee for closing | -162.50 | 3210-600 | | | 18,835.35 |
| | | | Trustee share of realor's commissiion | -1,097.77 | 3510-000 | | | 18,835.35 |
| | | | Trustee share of debtor's father's funeral expenses per court order | -1,537.50 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of reimbursement to Joan Fischmann utilities, association fees, maintenance expenses etc | -2,087.44 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of rejmbursement to Joan Fischmann , executor,for medical costs advanced and other funeral expenses | -491.69 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of reimbursement to Joan Fischmann for storage, realtor fees, estate's attorney's fee aadvanced | -533.09 | 8500-000 | | | 18,835.35 |
| | | | Trustee share of title | -93.75 | 2500-000 | | | 18,835.35 |

Subtotals :    $18,835.35    $0.00

{} Asset reference(s)    Printed: 12/29/2011 09:23 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-20551  
**Case Name:** FISCHMANN, BRYAN R.  
**Taxpayer ID #:** **-***4250  
**Period Ending:** 12/29/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | expenses | | | | |
| | | | Trustee share of state transfer tax            -42.67 | 2820-000 | | | 18,835.35 |
| | | | Trustee share of payment to DCM Services     -1,634.31 | 8500-000 | | | 18,835.35 |
| | {5} | | Return of holdback from closing              -250.00 | 1129-000 | | | 18,835.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.15 | | 18,835.50 |
| 10/08/08 | {5} | Claire Wilson | Return of holdlback from closing | 1129-000 | 250.00 | | 19,085.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.06 | | 19,087.56 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.50 | | 19,089.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 19,090.41 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 19,091.18 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 19,091.90 |
| 03/27/09 | 1001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 18,591.90 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 18,592.73 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,593.48 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,594.21 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,595.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,595.79 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,596.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,597.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,598.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,598.85 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 18,599.63 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,600.36 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,601.06 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 18,601.89 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 18,602.01 |
| 04/06/10 | | Wire out to BNYM account 000198815565 | Wire out to BNYM account 000198815565 | 9999-000 | | 18,602.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,102.01 | 19,102.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,602.01 | |
| | | | **Subtotal** | | 19,102.01 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,102.01** | **$500.00** | |

{} Asset reference(s)

Printed: 12/29/2011 09:23 AM     V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 08-20551 | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** FISCHMANN, BRYAN R. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | ***-*****55-66 - Checking Account |
| **Taxpayer ID #:** **-***4250 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** 12/29/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/29/2011 09:23 AM   V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-20551  
**Case Name:** FISCHMANN, BRYAN R.  
**Taxpayer ID #:** **-***4250  
**Period Ending:** 12/29/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 18,602.01 | | 18,602.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 18,602.90 |
| 05/12/10 | 11002 | Bryan Fischmann | Payment of debtor's exemption per court order | 8100-002 | | 4,000.00 | 14,602.90 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 14,603.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,604.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,605.62 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,606.49 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.61 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.85 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,606.97 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,607.20 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.44 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.68 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.80 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,607.92 |
| 09/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.10 | | 14,608.02 |
| 09/27/11 | | To Account #9200******5566 | Transfer for purpose of final distirbution | 9999-000 | | 14,608.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,608.02 | 18,608.02 | $0.00 |
| | | | Less: Bank Transfers | | 18,602.01 | 14,608.02 | |
| | | | **Subtotal** | | 6.01 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$6.01** | **$0.00** | |

{} Asset reference(s)

Printed: 12/29/2011 09:23 AM    V.12.57

Case 08-20551    Doc 41    Filed 01/05/12    Entered 01/05/12 08:56:06    Desc Main
Document      Page 12 of 13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-20551  
**Case Name:** FISCHMANN, BRYAN R.  
**Taxpayer ID #:** **-***4250  
**Period Ending:** 12/29/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******55-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/11 | | From Account #9200******5565 | Transfer for purpose of final distirbution | 9999-000 | 14,608.02 | | 14,608.02 |
| 10/05/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $3,197.25, Trustee Compensation;  Reference: | 2100-000 | | 3,197.25 | 11,410.77 |
| 10/05/11 | 10102 | Nordstrom Fsb, Attention Bankruptcy Department | Dividend paid  47.26% on $4,837.60; Claim# 1; Filed: $4,837.60; Reference: | 7100-000 | | 2,286.65 | 9,124.12 |
| 10/05/11 | 10103 | Creditors Discount and Audit Co. | Dividend paid  47.26% on $250.00; Claim# 2; Filed: $250.00; Reference: | 7100-000 | | 118.18 | 9,005.94 |
| 10/05/11 | 10104 | Singing River Electric Power Assc. | Dividend paid  47.26% on $105.99; Claim# 3; Filed: $105.99; Reference: | 7100-000 | | 50.10 | 8,955.84 |
| 10/05/11 | 10105 | Dell Financial Services, LLC,c/o Resurgent Capital Services | Dividend paid  47.26% on $1,855.73; Claim# 4; Filed: $1,855.73; Reference: | 7100-000 | | 877.17 | 8,078.67 |
| 10/05/11 | 10106 | Acadian Ambulance | Dividend paid  47.26% on $3,108.72; Claim# 5; Filed: $3,108.72; Reference: | 7100-000 | | 1,469.43 | 6,609.24 |
| 10/05/11 | 10107 | Aargon Collection Agency | Dividend paid  47.26% on $301.20; Claim# 6; Filed: $301.20; Reference: | 7100-000 | | 142.37 | 6,466.87 |
| 10/05/11 | 10108 | Household Finance Corporation by e Cast Settlement, agent | Dividend paid  47.26% on $7,801.97; Claim# 7; Filed: $7,801.97; Reference: | 7100-000 | | 3,687.85 | 2,779.02 |
| 10/05/11 | 10109 | CAPITAL ONE BANK (USA), N.A.c/oTSYS DEBT MANAGEMENT | Dividend paid  47.26% on $814.97; Claim# 8; Filed: $814.97; Reference: | 7100-000 | | 385.22 | 2,393.80 |
| 10/05/11 | 10110 | Recovery Management Systems For GE Money Bankdba JC Penny | Dividend paid  47.26% on $611.02; Claim# 9; Filed: $611.02; Reference: | 7100-000 | | 288.82 | 2,104.98 |
| 10/05/11 | 10111 | Applied Bank, Attention General Inquiries | Dividend paid  47.26% on $4,453.28; Claim# 10; Filed: $4,453.28; Reference: | 7100-000 | | 2,104.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,608.02 | 14,608.02 | $0.00 |
| | | | Less: Bank Transfers | | 14,608.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,608.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,608.02** | |

{} Asset reference(s)

Printed: 12/29/2011 09:23 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-20551
**Case Name:** FISCHMANN, BRYAN R.

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******55-66 - Checking Account

**Taxpayer ID #:** **-***4250
**Period Ending:** 12/29/11

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 19,108.02 |
| Plus Gross Adjustments : | 9,364.65 |
| Less Payments to Debtor : | 4,000.00 |
| Net Estate : | $24,472.67 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****55-65** | 19,102.01 | 500.00 | 0.00 |
| **Checking # ***-*****55-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******55-65** | 6.01 | 0.00 | 0.00 |
| **Checking # 9200-******55-66** | 0.00 | 14,608.02 | 0.00 |
|  | $19,108.02 | $15,108.02 | $0.00 |

{} Asset reference(s)

Printed: 12/29/2011 09:23 AM    V.12.57